AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

GREGORY L. EVERETT,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:09-cv-00484-ECR-RAM**

STATE OF NEVADA, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss the petition for writ of habeas corpus (Document No. 22) is GRANTED.  The petition is dismissed with prejudice.

   October 29, 2010    **LANCE S. WILSON**
                                            Clerk

                                       /s/ Katie Lynn Ogden
                                          Deputy Clerk